No. 73–5715. PERRY v. DIRECTOR, NASA-LEWIS RESEARCH CENTER, ET AL. C. A. 6th Cir. Certiorari denied.

No. 73–5802. CARMICHAEL v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 73–5805. BOAG v. CRAVEN, WARDEN; and
No. 73–5834. BOAG v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 73–5809. MEMS v. BLACKLEDGE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 73–5810.. LAMPKIN v. WOLFF, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 73–5811. FINLEY v. GUNN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 73–5817. MILBURN v. VINCENT. C. A. 2d Cir. Certiorari denied.

No. 73–5818. HARRIS v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 73–5822. FIELDS v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 73–5823. ACUNA v. STONE. C. A. 9th Cir. Certiorari denied.

No. 73–5829. LOMBARDI v. TUBMAN, DEPUTY WARDEN. C. A. 2d Cir. Certiorari denied.

No. 73–5833. MOFFETT v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 73–5852. WEISS v. BURR, SHERIFF. C. A. 9th Cir. Certiorari denied.